# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>IMG HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11500 (KBO)<br><br>(Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned chapter 11 cases (the "Chapter 11 Cases") as counsel for Patriarch Partners Agency Services, LLC, and, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), respectfully request that all notices given or required to be given and all papers served or required to be served in the Chapter 11 Cases be delivered to and served upon the parties identified below at the following addresses:

**COLE SCHOTZ P.C.**
Norman L. Pernick, Esquire
G. David Dean, Esquire
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
npernick@coleschotz.com
ddean@coleschotz.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code section 1109(b), the foregoing request includes not only the notices and papers referred to in the above-referenced Bankruptcy Rules, but also includes, without limitation, notices of all orders, applications, hearings, motions, petitions, pleadings, complaints, demands or other requests, whether formal or

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) IMG Holdings, Inc. (1398); (2) Dana Classic Fragrances Inc. (1439); (3) Inter-Marketing Group, Inc. (6628); (4) Dana Fragrance Brands, LLC (0198); (5) St. Honore Holding, Inc. (9698); and (6) IMG Fragrance Brands, LLC (0026). The address of the Debtors' corporate headquarters is 1159 2nd Avenue, #424, New York, New York 10065.

informal, whether written or oral and whether transmitted or conveyed by mail delivery, hand delivery, telephone, electronic mail, facsimile transmission, electronically or otherwise, in the Chapter 11 Cases.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit is intended or shall be deemed or construed to be a waiver of any substantive or procedural rights, including, without limitation: (i) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"); (ii) the right to have a trial by jury in any proceeding related to, or triable in, the Chapter 11 Cases or any cases, controversies or proceedings related to the Chapter 11 Cases; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice; (v) an election of remedy; or (vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law, in equity, or otherwise, under any agreements, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.  Nor shall this Notice be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that the undersigned respectfully request that they be added to the official service list for notice of all contested matters, adversary proceedings and other proceedings in the Chapter 11 Cases.

| | |
|---|---|
| Dated: August 11, 2025<br>Wilmington, Delaware | **COLE SCHOTZ P.C.**<br><br>*/s/ Norman L. Pernick*<br>Norman L. Pernick (No. 2290)<br>G. David Dean (No. 6403)<br>500 Delaware Avenue, Suite 600<br>Wilmington, Delaware 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>Email: npernick@coleschotz.com<br>         ddean@coleschotz.com<br><br>*Counsel for Patriarch Partners Agency Services, LLC* |

40000/0600-51120617v1