# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>IMG Holdings, Inc.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11500 (KBO)<br><br>(Joint Administration Pending) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to sections 342 and 1109(b) of title 11 of the United States Code (as amended and applicable to the above-captioned bankruptcy case, the "Bankruptcy Code"), 11 U.S.C. § 101-1532, Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2002-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Herrick, Feinstein LLP and Benesch, Friedlander, Coplan & Aronoff LLP hereby appear as counsel to Fragrance Xtreme Inc. ("FX"), in the above-captioned bankruptcy case (the "Bankruptcy Case").

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002, 3017, and 9007, the undersigned requests that copies of all notices, pleadings, and all other papers required to be served in the Bankruptcy Case be served upon the following persons, and that such persons be added to the mailing matrix in the Bankruptcy Case:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) IMG Holdings, Inc. (1398); (2) Dana Classic Fragrances Inc. (1439); (3) Inter-Marketing Group, Inc. (6628); (4) Dana Fragrance Brands, LLC (0198); (5) St. Honore Holding, Inc. (9698); and (6) IMG Fragrance Brands, LLC (0026). The address of the Debtors' corporate headquarters is 1159 2nd Avenue, #424, New York, New York 10065.

| | |
|---|---|
| Steven B. Smith, Esq. | Jennifer R. Hoover, Esq. |
| Barry Werbin, Esq. | John C. Gentile, Esq. |
| Justin Blass, Esq. | Juan E. Martinez, Esq. |
| Jessie Root, Esq. | **BENESCH, FRIEDLANDER, COPLAN &** |
| **HERRICK, FEINSTEIN LLP** | **ARONOFF LLP** |
| Two Park Avenue | 1313 North Market Street, Suite 1201 |
| New York, New York, 10016 | Wilmington, DE 19801 |
| Telephone: (212)592-1400 | Telephone:  (302) 442-7010 |
| E-mail: ssmith@herrick.com | E-mail:  jhoover@beneschlaw.com |
|             bwerbin@herrick.com |             jgentile@beneschlaw.com |
|             jblass@herrick.com |             jmartinez@beneschlaw.com |
|             jroot@herrick.com | |

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code sections 342 and 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any orders and notices of any application, complaint, demand, motion, petition, pleading, disclosure statement or plan of reorganization, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight, or hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the Bankruptcy Case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and any subsequent appearance, pleading, filing, claim, or suit is not intended nor shall be deemed to waive the rights of FX to: (1) have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a de novo review by a district court judge; (3) trial by jury in any case, proceeding, matter, or controversy so triable; (4) have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; (5) maintain any objection to the jurisdiction and/or venue of the

Bankruptcy Court or any other court for any purpose; or (6) assert any other rights, claims, actions, defenses, setoffs, or recoupments to which FX is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: August 12, 2025
      Wilmington, Delaware

**BENESCH, FRIEDLANDER,**
   **COPLAN & ARONOFF LLP**

 /s/ *Jennifer R. Hoover*
Jennifer R. Hoover (DE #5111)
John C. Gentile (DE #6159)
Juan E. Martinez (DE # 6863)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone:  (302) 442-7010
E-mail:   jhoover@beneschlaw.com
          jgentile@beneschlaw.com
          jmartinez@beneschlaw.com

*Counsel to Fragrance Xtreme Inc.*

## **CERTIFICATE OF SERVICE**

I, Jennifer R. Hoover, hereby certify that on August 12, 2025, a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Papers* was served upon all parties of record via CM/ECF.

                                               */s/ Jennifer R. Hoover*
                                              Jennifer R. Hoover (DE #5111)