# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>IMG Holdings, Inc., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-11500 (KBO)<br><br>(Jointly Administered)<br><br>Hearing Date: September 10, 2025, at 10:30 a.m. (Eastern Time)<br>Objection Deadline: September 3, 2025, at 4:00 p.m. (Eastern Time) |

## *AMENDED* NOTICE OF MOTIONS AND HEARING[2]

**TO**: THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; THE DEBTORS' TWENTY (20) LARGEST UNSECURED CREDITORS AS IDENTIFIED IN THE CHAPTER 11 PETITIONS; COUNSEL TO THE PROPOSED DIP LENDER; COUNSEL TO THE PREPETITION ADMINISTRATIVE AGENT; COUNSEL TO THE ZOHAR LENDERS; COUNSEL TO PHOENIX RECOVERY ENTITIES; COUNSEL TO THE ARK II LENDER; COUNSEL TO ANKURA TRUST; THE SECURITIES AND EXCHANGE COMMISSION; THE INTERNAL REVENUE SERVICE; THE UNITED STATES ATTORNEY'S OFFICE FOR THE DISTRICT OF DELAWARE; THE BANKS; THE TAXING AUTHORITIES; THE INSURANCE CARRIERS AND INSURANCE BROKERS; THE PAYROLL PROCESSOR; THE STATE ATTORNEYS GENERAL FOR ALL STATES IN WHICH THE DEBTORS CONDUCT BUSINESS; ALL PARTIES ENTITLED TO NOTICE PURSUANT TO LOCAL RULES 2002-1(B) AND 9013-1(M); ALL KNOWN HOLDERS OF LIENS IN THE DEBTORS' ASSETS; AND ALL PARTIES REQUESTING NOTICE PURSUANT TO BANKRUPTCY RULE 2002.

**PLEASE TAKE NOTICE** that on August 11, 2025 and August 12, 2025, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the following pleadings (the "**First Day Motions**"):

1. Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Cases and (II) Waiving Requirements of Bankruptcy Code Section 342(c)(1) and Bankruptcy Rules 1005 and 2002(n) [Docket No. 3].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) IMG Holdings, Inc. (1398); (2) Dana Classic Fragrances Inc. (1439); (3) Inter-Marketing Group, Inc. (6628); (4) Dana Fragrance Brands, LLC (0198); (5) St. Honore Holding, Inc. (9698); and (6) IMG Fragrance Brands, LLC (0026). The address of the Debtors' corporate headquarters is 1159 2nd Avenue, #424, New York, New York 10065.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the First Day Motions.

2. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms and Payment of Related Prepetition Obligations; (II) Modifying Certain Deposit Requirements; and (III) Authorizing Continuance of Intercompany Transactions and Honoring Related Prepetition Obligations [Docket No. 4].

3. Debtors' Motion for Entry of Interim and Final Orders Authorizing Debtors to (I) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, and (II) Renew, Revise, Extend, Supplement, Change, or Enter into New Insurance Policies [Docket No. 5].

4. Debtors' Motion for Entry of Interim and Final Orders (I)(A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (B) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (II) Granting Related Relief [Docket No. 6].

5. Debtors' Motion for Interim and Final Orders Authorizing the Debtors to Pay Certain Prepetition Taxes and Related Obligations [Docket No. 7].

6. Debtors' Motion for Entry of Interim and Final Orders Authorizing Debtors to Pay Prepetition Wages, Compensation, and Employee Benefits [Docket No. 8].

7. Motion of the Debtors for Entry of Interim and Final Orders Authorizing the Debtors to (A) Pay Prepetition Claims of Shippers, Warehousemen and Lien Claimants, and (B) Granting Related Relief [Docket No. 9].

8. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors and (II) Granting Related Relief [Docket No. 10].

9. Debtors' Motion for Entry of Order (I) Authorizing Debtors to File a Consolidated (A) Creditor Matrix and (B) Top 20 Creditors List, (II) Authorizing Redaction of Certain Personal Identification Information, and (III) Granting Related Relief [Docket No. 11].

10. Debtors' Application for Appointment of Stretto, Inc. as Claims and Noticing Agent [Docket No. 12].

11. Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Lenders; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [Docket No. 13].

12. Declaration of Larry Thompson in Support of Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition

Financing and (B) Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Lenders; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [Docket No. 14].

13. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Honor Certain Prepetition Obligations to Customers and (B) Otherwise Continue Certain Customer Programs in the Ordinary Course of Business and (II) Granting Related Relief [Docket No. 19].

**PLEASE TAKE FURTHER NOTICE** that on August 13, 2025 and August 14, 2025, the Court entered interim orders (the "**Interim Orders**") at Docket Nos. 29, 30, 31, 32, 33, 34, 35, 38, 39, and 40 granting the First Day Motions on an interim basis as set forth in such Interim Orders.

**PLEASE TAKE FURTHER NOTICE** that Objections, if any, to the final relief requested in the First Day Motions must be filed with the United States Bankruptcy Court, 824 North Market Street, Third Floor, Wilmington, Delaware 19801, on or before **September 3, 2025, at 4:00 p.m. (Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the objection as follows: (a) the Debtors, *IMG Holdings, Inc.*, 1159 2nd Avenue, #424, New York, New York 10065 (Attn: Larry Thompson, Chief Executive Officer) (Email*:* lthompson@danaclassics.com); (b) *proposed* counsel for the Debtors, *Chipman Brown Cicero & Cole, LLP*, Hercules Plaza, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801 (Attn: William E. Chipman, Jr., Esquire and Mark D. Olivere, Esquire) (Email*:* chipman@chipmanbrown.com and olivere@chipmanbrown.com); (c) the *Office of the United States Trustee for the District of Delaware*, 844 King Street, Suite 2207, Lock Box 35, Wilmington, Delaware 19801 (Attn: Timothy J. Fox, Jr., Esquire) (Email*:* timothy.fox@usdoj.gov); (d) counsel to the proposed DIP Lender, *Herrick, Feinstein LLP*, Two Park Avenue, New York, New York 10016 (Attn: Steven B. Smith, Esquire and Barry Werbin, Esquire) (Email: ssmith@herrick.com and bwerbin@herrick.com); (e) counsel to any official committee appointed in these Chapter 11 Cases; and (f) counsel to the Prepetition Administrative Agent, *Cole Schotz P.C.*, 500 Delaware Avenue, Suite 200, Wilmington, Delaware 19801 (Attn: Norman Pernick, Esquire) (Email: npernick@coleschotz.com), so as to be **received no later than 4:00 p.m. (Eastern Time) on September 3, 2025.**

PLEASE TAKE FURTHER NOTICE THAT A FINAL HEARING ON THE FIRST DAY MOTIONS WILL BE HELD ON **SEPTEMBER 10, 2025, AT 10:30 A.M. (EASTERN TIME)** BEFORE THE HONORABLE KAREN B. OWENS, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, SIXTH FLOOR, COURTROOM 3, WILMINGTON, DELAWARE 19801.

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE FINAL RELIEF REQUESTED IN THE FIRST DAY MOTIONS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE FINAL RELIEF REQUESTED IN THE FIRST DAY MOTIONS WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 14, 2025      **CHIPMAN BROWN CICERO & COLE, LLP**
       Wilmington, Delaware

          */s/ William E. Chipman, Jr.*
          William E. Chipman, Jr. (No. 3818)
          Mark D. Olivere (No. 4291)
          Hercules Plaza
          1313 North Market Street, Suite 5400
          Wilmington, Delaware 19801
          Telephone:   (302) 295-0191
          Email:        chipman@chipmanbrown.com
                             olivere@chipmanbrown.com

          *Proposed Counsel for Debtors and*
          *Debtors in Possession*