IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>IMG Holdings, Inc., *et al.*,<br><br>　　　　Debtors.[1] | Chapter 11<br><br>Case No. 25-11500 (KBO)<br><br>(Jointly Administered) |
| IMG Holdings, Inc., *et al.*,<br><br>　　　　Plaintiffs,<br><br>-v-<br><br>Icebox-Scoops, Inc.,<br><br>　　　　Defendant. | Adv. Pro. No. 25-52343 (KBO) |

NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 22, 2025, AT 1:00 P.M. (EASTERN TIME)

> **AS THERE ARE NO MATTERS GOING FORWARD, THE HEARING
> IS CANCELLED AT THE DIRECTION OF THE COURT.**

**I.   MATTER(S) GOING FORWARD:**

1. *IMG Holdings, Inc. v. Icebox-Scoops, Inc.*, Adv. Case No. 25-52343 (KBO).

   Objection Deadline:   September 17, 2025, at 4:00 p.m. (Eastern Time).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) IMG Holdings, Inc. (1398); (2) Dana Classic Fragrances Inc. (1439); (3) Inter-Marketing Group, Inc. (6628); (4) Dana Fragrance Brands, LLC (0198); (5) St. Honore Holding, Inc. (9698); and (6) IMG Fragrance Brands, LLC (0226). The address of the Debtors' corporate headquarters is 1159 2nd Avenue, #424, New York, New York 10065.

[2] Amended items appear in **bold**.

Response(s) Received:

    i.    Response to Complaint and Application for a Temporary Restraining Order, filed on September 9, 2025 [Adv. Docket No. 9].

    ii.    Declaration of Isaac Gindi, filed on September 9, 2025 [Adv. Docket No. 10].

    iii.    Icebox's Preliminary Objection to the Debtors' Motion for Temporary Restraining Order and Preliminary Injunction and/or for an Extension of the Automatic Stay, filed on September 17, 2025 [Adv. Docket No. 19].

Related Pleading(s):

    A.    Complaint Seeking Enforcement of the Automatic Stay, for Preliminary Injunctive Relief, and for Damages for Willful Violation of the Automatic Stay, filed on September 8, 2025 [Adv. Docket No. 1].

    B.    Debtors' Motion for Temporary Restraining Order and Preliminary Injunction and/or for an Extension of the Automatic Stay, filed on September 8, 2025 [Adv. Docket No. 3].

    C.    Memorandum of Law in Support of Debtors' Motion for Temporary Restraining Order and Preliminary Injunction and/or for an Extension of the Automatic Stay, filed on September 8, 2025 [Adv. Docket No. 4].

    D.    Declaration of William E. Chipman, Jr. in Support of Debtors' Motion for Temporary Restraining Order and Preliminary Injunction and/or for an Extension of the Automatic Stay, filed on September 8, 2025 [Adv. Docket No. 5].

    E.    Order Granting Debtors' Motion for Temporary Restraining Order Pursuant to 11 U.S.C. §§ 105(a) and 362(a) of the Bankruptcy Code, entered on September 10, 2025 [Adv. Docket No. 14].

    F.    Summons and Notice of Pretrial Conference in an Adversary Proceeding, filed on September 11, 2025 [Adv. Docket No. 15].

    **G.**    **Certification of Counsel Regarding Order Preserving Status Quo Pending Resolution of Motion for Temporary Restraining Order and Preliminary Injunction, filed on September 19, 2025 [Adv. Docket No. 21].**

    **H.**    **Status Quo Order, entered on September 20, 2025 [Adv. Docket No. 22].**

Status: **A status quo order has been entered.  This matter has been adjourned until October 24, 2025, at 10:00 a.m. (Eastern Time).**

|  |  |
|---|---|
| Dated: September 20, 2025<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Mark D. Olivere*<br>William E. Chipman, Jr. (No. 3818)<br>David W. Carickhoff (No. 3715)<br>Mark D. Olivere (No. 4291)<br>Aaron J. Bach (No. 7364)<br>Alison R. Maser (No. 7430)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 295-0191<br>Email:  chipman@chipmanbrown.com<br>  carickhoff@chipmanbrown.com<br>  olivere@chipmanbrown.com<br>  bach@chipmanbrown.com<br>  maser@chipmanbrown.com<br><br>—and—<br><br>Adam D. Cole (Admitted *Pro Hac Vice*)<br>420 Lexington Avenue, Suite 442<br>New York, New York 10170<br>Telephone:  (646) 685-8363<br>Email:  cole@chipmanbrown.com<br><br>*Counsel for Debtors and Debtors in Possession* |

- 3 -